**DENY and Opinion Filed this 10th day of March, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00303-CV

### IN RE IN THE INTEREST OF M.A.M., A CHILD

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 03-14732-T**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Lewis
Opinion by Justice FitzGerald

The Court has before it Relator's Petition for Writ of Mandamus. Relator's petition does not satisfy the requirements of the Texas Rules of Appellate Procedure. The pleading does not include an appendix containing certified or sworn copies of the orders of which relator complains, the motions on which he contends the trial court has failed to rule, and properly authenticated transcripts of any testimony from the underlying proceeding. *See* TEX. R. APP. P. 52.3(k); TEX. R. APP. P. 52.7(a); *In re Butler*, 270 S.W.3d 757, 758 (Tex. App.–Dallas 2008, orig. proceeding). On the record before the Court, Relator has not shown he is entitled to relief. TEX. R. APP. P. 52.8 (a). Accordingly, the Court **DENIES** the petition for writ of mandamus.

140303F.P05

/Kerry FitzGerald/
KERRY FITZGERALD
JUSTICE